# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Juan Jesus FLORES<br><br>Defendant. | Case No.: **20-mj-2789**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about July 11, 2020, within the Southern District of California, Juan Jesus FLORES, did knowingly and intentionally import 50 grams and more, to wit: approximately 434.08 grams (.956 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Daniel A. Garcia
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th, DAY OF JULY 2020.

HON KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Allie Peters, declare under penalty of perjury, the following is true and correct:

On July 11, 2020, at approximately 1:54 AM, Juan Jesus FLORES, ("FLORES"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry pedestrian lanes.

A Customs and Border Protection Officer received two negative Customs declarations from FLORES. FLORES stated he was crossing the border to go to San Ysidro, California.

Further inspection of the vehicle resulted in the discovery of 3 packages concealed in a bottle of laundry detergent, with a total approximate weight of 434.08 (.956 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

FLORES was placed under arrest at approximately 5:00 AM.

During a post-Miranda interview, FLORES admitted that he was going to be paid $200 USD to smuggle the narcotics into the United States. FLORES claimed to be taking the narcotics to Jack in the Box in San Ysidro, CA.

FLORES was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. FLORES is scheduled to be booked into the San Diego Metropolitan Correction Center.

Executed on July 11, 2020, at San Ysidro Port of Entry

*[signature]*

Allie Peters, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 02 pages, I find probable cause to believe the defendant, Juan Jesus FLORES, named in this probable cause statement, committed the offense on July 11, 2020, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

*[signature]*                                    7/13/2020 @ 11:27 AM

Hon. Karen S. Crawford                    Date/Time

United States Magistrate Judge

2